Certificate Number: 05781-VAE-DE-041342855

Bankruptcy Case Number: 26-33441

05781-VAE-DE-041342855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2026, at 2:37 o'clock AM PDT, William Wills completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: August 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President